IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TEMPUS LABS, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 23-cv-2947 |
| SANDEEP PAWAR, an individual, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED
BRIEF IN SUPPORT OF PLAINTIFF'S EMERGENCY
MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Tempus Labs, Inc., ("Tempus" or "Plaintiff"), by and through its undersigned counsel, and for its Motion for Leave to File Oversized Brief in Support of its Emergency Motion for Temporary Restraining Order, states as follows:

1. Contemporaneously with this Motion, Tempus filed its Complaint, alleging, *inter alia*, Defendant's misappropriation of Plaintiff's confidential information and trade secrets.

2. In connection with its Complaint, Tempus also filed an Emergency Motion for Temporary Restraining Order and a Memorandum in Support of its Emergency Motion for Temporary Restraining Order (the "Memorandum").

3. Tempus' Memorandum includes detailed factual recitation and analysis concerning the confidential information and trade secrets at issue.

4. Briefs in this Court are limited to fifteen (15) pages without prior leave of the Court pursuant to Local Rule 7.1. But, in order to adequately set forth the basis for its entitlement to immediate injunctive relief, Tempus respectfully requests leave to file its Memorandum up to and including thirty-three (33) pages in length.

5. This Motion is made in good faith and not for purposes of delay or any other improper purpose.

6. Due to the emergent nature of this Motion, and the fact that this case is not yet pending, counsel for Tempus has not been able to confer with counsel for Defendant to ascertain whether this Motion is unopposed.

WHEREFORE, Tempus respectfully requests that the Court grant its Motion for Leave to File its Memorandum in Support of its Emergency Motion for Temporary Restraining Order in excess of fifteen pages.

Dated: May 10, 2023

Respectfully submitted,

*/s/ Kevin M. Cloutier*
Kevin M. Cloutier (6273805)
Mikela T. Sutrina (6311408)
David M. Poell (6302765)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
321 North Clark Street, 32nd Floor
Chicago, IL 60654
Tel: (312) 499-6300
Fax: (312) 499-6301
kcloutier@sheppardmullin.com
msutrina@sheppardmullin.com
dpoell@sheppardmullin.com
*Attorneys for Tempus Labs, Inc.*

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2023, I sent copies to the foregoing document via e-mail and U.S. mail, postage prepaid to the following:

William M. Gantz
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
BGantz@duanemorris.com
*Attorney for Defendant*

      /s/*Mikela T. Sutrina*
      One of the Attorneys for Plaintiff